UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-cr-00124 |
| Plaintiff, | JUDGE BLACK |
| v. | INFORMATION |
| NICHOLAS V. BONAVITA, | 18 U. S. C. § 2252A(a)(5)(B) and (b)(2) |
| Defendant. | FORFEITURE ALLEGATION |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

**(Possession of Child Pornography)**

On or about July 8, 2020, in the Southern District of Ohio, the defendant, **NICHOLAS V. BONAVITA**, did knowingly possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and had been mailed, shipped and transported using any means or facility of interstate and foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Information, the defendant, **NICHOLAS V. BONAVITA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other

matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to:

    a.    MSI Laptop, Model – MS-16J1; Serial GE622QF-413USK1609000979;

    b.    ASUS tablet;

    c.    Pixel 3a; IMEI: 359677091554801; and

    d.    All additional items seized, including, but not limited to: all digital/cloud storage media.

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*[signature]*

EBUNOLUWA A. TAIWO
ASSISTANT UNITED STATES ATTORNEY

EG